PAULA K. SMITH
SENIOR ASSISTANT ATTORNEY GENERAL
CRIMINAL LAW SECTION CHIEF
GEORGIA DEPARTMENT OF LAW
40 CAPITOL SQUARE, SW
ATLANTA, GEORGIA 30334
PHONE: 404 458-3288
GA BAR NO. 662160
ADMITTED TO APPEAR PRO HAC VICE
   FOR INTERVENOR TIMOTHY WARD,
   GA COMM'R OF CORRECTIONS

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Jamil Addullah Al-Amin, | * | No. CV 21-00200-TUC-JCH (MSA) |
| Petitioner, | * | **STATUS REPORT ON PETITIONER'S PENDING STATE COLLATERAL ATTACK** |
| V. | * | |
| Warden, FCI-Tucson, | * | |
| Respondent. | * | |

This is to apprise the Court that the hearing in Petitioner Al-Amin's second state habeas corpus case challenging his Georgia convictions has been rescheduled for March 1, 2022. A copy of that scheduling order is attached.

                          Respectfully submitted,

                          *s/Paula K. Smith*
                          PAULA K. SMITH   Ga. Bar 662160
                          Senior Assistant Attorney General

CERTIFICATE OF SERVICE

I do hereby certify that on February 2, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM-ECF registrants:

    Jamil Addullah Al-Amin
    Fed. Reg. No. #99974-555
    USP Tucson
    PO Box 24550
    Tucson, AZ 24550
    Petitioner Pro se

    Gary M. Restaino
    United States Attorney
    District of Arizona
    Michael Linton
    Assistant United States Attorney
    United States Courthouse
    405 W Congress Street, Suite 4800
    Tucson, Arizona 85701
    Attorneys for Respondent

                      *s/Paula K. Smith*
                      PAULA K. SMITH
                      Senior Assistant Attorney General

Exhibit 3 – a copy of the order resetting the hearing in Petitioner's current state habeas corpus case for March 1, 2022.

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JAMIL ABDULLAH AL-AMIN,<br><br>Petitioner,<br><br>v.<br><br>STATE OF GEORGIA,<br><br>Respondent. | CIVIL ACTION FILE NO.<br>HC00999<br><br>HON. ERIC K. DUNAWAY |

### NOTICE OF HEARING VIA CISCO WEBEX APPLICATION

Please take notice that, pursuant to O.C.G.A. § 9-14-14, the above referenced case shall come before The Honorable Eric K. Dunaway for a Final Hearing on Petitioner's Petition for Writ of Habeas Corpus, as well as all other pending matters and motions, on **Tuesday, March 1, 2022 at 11:00 a.m. E.S.T.**

Pursuant to the Supreme Court of Georgia's Orders Declaring Statewide Judicial Emergency due to the Spread of Coronavirus/COVID-19, said hearing will be held by video/telephone conference through the Cisco WebEx Application via the following login information:

**Meeting Link:**

https://cscj.webex.com/cscj/j.php?MTID=m3e93f389841eb37375607d84a7a43db0

**Meeting Number:** 2557 825 7578

**Meeting Passcode:** ppSG4zuC258

**Dial-In Number:** +1 (408) 418-9388

Additionally, the parties are hereby directed to submit Proposed Orders in support of their positions on the above referenced Petition and motion(s) in Word format via email to Lisa Rast

McGinnis, Senior Staff Attorney to Judge Dunaway, at lisa.rast-mcginnis@fultoncountyga.gov by **Friday, February 25, 2022 at 5:00 p.m.**

No continuances of this hearing will be granted unless good cause is shown. Cases will not be removed from the calendar absent the filing of a voluntary dismissal of the case prior to the hearing. Failure to appear could result in a dismissal of the case, default judgment, or other sanctions. Any legal conflicts are to be reported to Lisa Rast McGinnis, Senior Staff Attorney to Judge Dunaway, at lisa.rast-mcginnis@fultoncountyga.gov at least five (5) days prior to the hearing in a conflict letter compliant with Uniform Superior Court Rule 17.1.

**Please note that the Court will not have a court reporter available for takedown of this hearing, so the parties are advised to make arrangements with a private court reporter.**

This 25th day of January, 2022.

*Eric K. Dunaway*
**Honorable Eric K. Dunaway**
Judge, Fulton County Superior Court
Atlanta Judicial Circuit

**Filed and served electronically via Odyssey eFileGA**

2