Christopher D. Thomas (010482)
Andrea J. Driggs (023633)
Perkins Coie LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
cthomas@perkinscoie.com
adriggs@perkinscoie.com
DocketPHX@perkinscoie.com

*Attorneys for Petitioner, Jamil Al-Amin*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jamil Al-Amin, | No. CV-21-00200-TUC-JCH |
| Petitioner-Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| Warden Catricia Howard, in her official capacity as Warden of the United States Penitentiary Tucson; Attorney General of the State of Arizona; Danon Colbert, | (Assigned to Hon. John C. Hinderaker) |
| Respondent-Defendant | |
| Timothy Ward, Commissioner, Georgia Department of Corrections | |
| Intervenor. | |

PLEASE TAKE NOTICE that Christopher D. Thomas and Andrea J. Driggs enter their appearance as counsel of record representing Petitioner Jamil Addullah Al-Amin. Service of papers should be sent to the undersigned counsel

Respectfully submitted,

155967407.1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 1, 2022 | **PERKINS COIE LLP** |
| 3 | | |
| 4 | | By: /s/ Christopher D. Thomas |
| | |     Christopher D. Thomas |
| 5 | |     Andrea J. Driggs |
| 6 | |     2901 North Central Avenue, Suite 2000 |
| | |     Phoenix, Arizona 85012-2788 |
| 7 | | |
| 8 | | Attorneys for Petitioner |

155967407.1

# CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2022, I electronically transmitted the attached document to the Clerk's Office using CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Glenn B. McCormick
Acting United States Attorney District of Arizona
Michael Linton
Assistant United States Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, AZ 85701
Michael.linton@usdoj.gov

*Attorneys for Respondent-Defendant*

Paula K. Smith
Georgia Department of Law
40 Capital Square SW
Atlanta, GA 30334
Email: psmith@law.ga.gov

*Lead Attorney Pro Hac Vice*
*Attorney to be Noticed*
*for Intervenor*

__/s/ Susana M. Frietz_____

155967407.1