# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jamil Addullah Al-Amin, | No. CV-21-00200-TUC-JCH (MSA) |
| Petitioner, | **ORDER** |
| v. | |
| Unknow Party, et al., | |
| Respondents. | |

Petitioner Jamil Addullah Al-Amin initiated this habeas-corpus action without the benefit of counsel. However, counsel appeared on behalf of Petitioner on March 1, 2022. (Doc. 29.) Good cause appearing,

**IT IS ORDERED** that, on or before **March 25, 2022**, Petitioner shall file a notice, indicating whether he intends to file a second amended petition or proceed on the operative first amended petition. (Docs. 10, 15.)

**IT IS FURTHER ORDERED** that Petitioner may respond to the motion to intervene (Doc. 25) on or before **March 25, 2022**. If Petitioner files a response, then Intervenor Timothy Ward may file a reply on or before **April 1, 2022**.

Dated this 14th day of March, 2022.

_____
Honorable Maria S. Aguilera
United States Magistrate Judge