# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jamil Addullah Al-Amin, | No. CV-21-00200-TUC-JCH (MSA) |
| Petitioner, | **ORDER** |
| v. | |
| Danon Colbert, et al., | |
| Respondents. | |

**IT IS ORDERED** that the Respondents' motion to seal (Doc. 40) is **granted**. The Clerk of Court shall file **under seal** the Respondents' exhibit (lodged at Doc. 41).

**IT IS FURTHER ORDERED** that, on or before **September 30, 2022**, Petitioner may file a reply to the September 6 response brief (Doc. 39).

Dated this 19th day of September, 2022.

Honorable Maria S. Aguilera
United States Magistrate Judge