# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jamil Addullah Al-Amin,<br><br>Petitioner,<br><br>v.<br><br>Danon Colbert, et al.,<br><br>Respondents. | No. CV-21-00200-TUC-JCH (MSA)<br><br>**ORDER** |

The parties stipulate to dismiss without prejudice under Federal Rule of Civil Procedure 41(a)(1), each party to bear its own costs and attorneys' fees. Doc. 44. There is nothing for this Court to do other than to ensure the Clerk of the Court terminates the action. *See American Soccer Co., Inc. v. Score First Enterprises*, 187 F.3d 1108, 1110 (9th Cir. 1999).

Accordingly,

**IT IS ORDERED DIRECTING** the Clerk of the Court to close this case.

Dated this 26th day of May, 2023.

Honorable John C. Hinderaker
United States District Judge